```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **No. 07-44051 LT** |
| **PARIS YOLANDA BROWN,** | **Chapter 13** |
|         Debtor.<br>_____/ | MOTION TO MODIFY CHAPTER 13 PLAN;<br>NOTICE TO CREDITORS OF<br><u>DEADLINE TO REQUEST A HEARING</u> |

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    Commencing March, 2010, debtor will pay $925.00 per month to the Trustee. The 2008 income taxes of Internal Revenue Service in the amount of $4,346.85 and the 2007 income taxes in the amount of $2,238.00 shall be added to the plan as priority debts. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: In order to include the unpaid 2007 and 2008 Internal Revenue Service income taxes.

    **NOTICE IS HEREBY GIVEN:**

    (i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: February 18, 2010

                                                     /s/ Corrine Bielejeski
                                                     CORRINE BIELEJESKI
                                                     Attorney for Debtor